**Robert ENGELAGE, Appellant,**

v.

**Lydia ENGELAGE, Respondent.**

**No. WD 48597.**

Missouri Court of Appeals, Western District.

Nov. 8, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 27, 1994.

Application to Transfer Denied Feb. 21, 1995.

Don Roberson, Kansas City, for appellant.

Michael Levota, Independence, for respondent.

Before ULRICH, P.J., LOWENSTEIN and HANNA, JJ.

### ORDER

PER CURIAM.

Husband appeals the denial of his motion to modify maintenance provisions of a dissolution decree.

Judgment affirmed. Rule 84.16(b).